**John Ruffin WILLIAMS,**
**Plaintiff–Appellant,**

v.

Jerry L. MACKLING; Steven Baily, Police Officer; L. Marshall, Sergeant, Police Officer; S.J. Thompson, Sergeant, Police Officer; Sergeant Depoy, Corrections Officer; Lieutenant Wynkoop, Corrections Officer; Colonel Land, Corrections Officer Supervisor also known as Major Land; Glenn Hill, Sheriff, Corrections Officer Superintendent also known as Colonel Hill; Nurse Josh, Corrections Facility Nurse on Duty; Caral Price; Selwyn Adams, Dr., M.D., Corrections Facility Physician; K. Hamlin, Corrections Facility Unit S–1 Nurse Supervisor; S. Tapps, Corrections Facility Unit S–1

Grievance Coordinator; R. Woodson, Corrections Facility Unit S–1 Grievance Coordinator, Defendants–Appellees.

No. 07–7143.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2007.

Decided Dec. 27, 2007.

John Ruffin Williams, Appellant Pro Se.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Ruffin Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b)(1) (2000) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court, *Williams v. Mackling*, No. 2:07–cv–147 (E.D. Va. Jul 2, 2007), and deny Williams' motion for judgment, in which he reargues the merits of his claims. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*